

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile  (973) 379-0048

WWW.ALLYNFORTUNA.COM

March 18, 2025

**VIA ECF**

Hon. Gregory H. Woods
500 Pearl Street, Room 2260
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2025

Re:  *Girotto v. Hatsuhana of U.S.A., Inc. et al.*
     Case No. 1:24-cv-09599 (GHW)

Dear Judge Woods,

## MEMORANDUM ENDORSED

      This firm represents Defendant Hatsuhana of U.S.A., Inc. ("Hatsuhana") in the above-referenced action (the "Action"). We write to respectfully request an adjournment of the March 26, 2025 Initial Pretrial Conference ("IPTC") as well as the March 19, 2025 submission date for the joint civil case management plan and scheduling order. During a telephone meet and confer on February 28, 2025, the parties discussed a possible resolution to this matter and Plaintiff made a settlement demand. Defendants have received authority to make a counteroffer to Plaintiff but have not yet been able to speak with Plaintiff's counsel regarding that offer. The parties seek additional time to engage in further settlement discussions, and if unsuccessful, prepare the joint civil case management plan and scheduling order.

      Plaintiff Luigi Girotto and Co-Defendant R.L.C. Properties, Inc. both consented to this request. The parties propose the following dates as alternatives dates for the IPTC: April 23 – 25, 29 or May 1.

      There have been no previous requests for adjournment of the above-mentioned events.

      We thank the Court for your consideration and attention to this matter.

Sincerely,

/s/Megan J. Muoio

Megan J. Muoio

Application granted.  The initial pretrial conference scheduled for March 26, 2025 is adjourned to April 24, 2025 at 3:00 p.m.  The deadline for the parties to submit the joint letter and proposed case management plan outlined in the Court's December 17, 2024 order, Dkt. No. 7, is extended to April 17, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.

Dated: March 18, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge